United States District Court
Southern District of Texas
**ENTERED**
January 19, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

No. 3:21-cv-310

Zachary Foyt, TDCJ #2183565, *Petitioner*,

v.

Bobby Lumpkin, *Respondent*.

## FINAL JUDGMENT

Jeffrey Vincent Brown, *United States District Judge*.

For the reasons stated in the memorandum opinion and order entered this day, this action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

Signed on Galveston Island this 19th day of January, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE